**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 97-7177**

───────────────

WILLIE A. RICHARDS, JR.,

Plaintiff - Appellant,

versus

WARDEN WILLIAM R. DAVIS; MAJOR EDWARD PORCHER;
SERGEANT C. ROGERS and OFFICER CONYERS each
individually and as employees of South Caro-
lina Department of Corrections,

Defendants - Appellees.

───────────────

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Patrick Michael Duffy, District
Judge.  (CA-96-2897-0-23BD)

───────────────

Submitted:  December 11, 1997      Decided:  December 31, 1997

───────────────

Before HALL and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Willie Richards, Appellant Pro Se.  John Evans James III, RICHARD-
SON & JAMES, Sumter, South Carolina, for Appellees.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Richards v. Davis</u>, No. CA-96-2897-0-23BD (D.S.C. Aug. 11, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>